THE CITY OF BUFFALO, Respondent, v. JENNIE W. COTTLE and EDMUND P. COTTLE, as Surviving Executors, etc., of OCTAVIUS O. COTTLE, Deceased, and EDMUND P. COTTLE and BESSIE McK. COTTLE, His Wife, Appellants, and Other

Defendants.— Judgment affirmed, with costs. All concur. (The judgment confirms the referee's report and directs the sale of certain premises to satisfy tax liens.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.